A. A. CAMPOS, Chief Probation Officer, Nevada State Department of Parole and Probation, Appellant, *v.* CALVIN SWOPE ROWE, Respondent.

No. 9431

March 14, 1977                                    560 P.2d 923

*Robert List,* Attorney General, *D. Geno Menchetti,* Deputy Attorney General, Carson City; *Larry R. Hicks,* District Attorney, and *John L. Conner,* Deputy District Attorney, Washoe County, for Appellant.

*Julian Smith,* Carson City, for Respondent.

## OPINION

*Per Curiam:*

On the authority of, and for the same reasons stated in, State v. Wright, 92 Nev. 734, 558 P.2d 1139 (1976), we, *sua sponte,* reverse the district court's order which granted respondent's petition for a writ of habeas corpus.